AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Oregon

FILED 5 OCT '23 16:27USDC-ORP

## ORIGINAL

United States of America
v.

GERARDO ISMAEL BARAJONA-OSORTO,

*Defendant*

Case No. 3:23-mj-00176

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     GERARDO ISMAEL BARAJONA-OSORTO,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

21 USC § 841(a)(1), (b)(1)(B)(vi)- Possession with intent to distribute controlled substances (40 grams or more of fentanyl)

Date: October 5, 2023

*Issuing officer's signature*

City and state:     Portland, Oregon

JOLIE A. RUSSO, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 10/05/2023, and the person was arrested on *(date)* _____
at *(city and state)* _____

DATE 10/05/2023
ARRESTED BY DEA

Date: _____

U.S. MARSHAL

*Arresting officer's signature*

BY E. CATER
*Printed name and title*