UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:23-cr-00359-SI |
| v. | INFORMATION |
| **GERARDO ISMAEL BARAJONA-OSORTO,** | 21 U.S.C. § 841(a)(1), (b)(1)(B) |
| Defendant. | **(vi) Forfeiture Allegation** |

THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1
**(Possession with Intent to Distribute Fentanyl)**
**(21 U.S.C. § 841(a)(1), (b)(1)(B)(vi))**

From on or about August 1, 2023 to October 4, 2023, in the District of Oregon, defendant **GERARDO ISMAEL BARAJONA-OSORTO**, did intentionally and knowingly possess with intent to distribute 40 grams or more of a mixture or substance containing a detectible amount of N-phenyl-N-[1- (2-phenylethyl )-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance,

In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B)(vi).

### FORFEITURE ALLEGATION

Upon conviction of the controlled substance offense alleged in Count 1 this Indictment, **GERARDO ISMAEL BARAJONA-OSORTO** shall forfeit to the United States pursuant to 21 U.S.C. § 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the said violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violations.

**SUBSTITUTE ASSETS**

If any forfeitable property, as a result of any act or omission of the defendants:

(a)  cannot be located upon the exercise of due diligence;

(b)  has been transferred or sold to, or deposited with, a third party;

(c)  has been placed beyond the jurisdiction of the court;

(d)  has been substantially diminished in value; or

(e)  has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p) as incorporated by 18 U.S.C. § 982(b), to seek forfeiture of any other property of said defendants up to the value of the forfeitable property described above.

Dated: November 2, 2023            Respectfully submitted,

NATALIE K. WIGHT
United States Attorney

*/s/ Paul T. Maloney*
PAUL T. MALONEY, OSB#013366
Assistant United States Attorney